IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NICOLAS MICHAEL COLE JOHNSON, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:26-CV-1022-RP |
| EMARIZ ORBASIDO PARALUMAN, et al., | § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Susan Hightower concerning Plaintiff Nicolas Michael Cole Johnson's ("Plaintiff") complaint pursuant to 28 U.S.C. § 1915(e), 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. (R. & R., Dkt. 46). In her report and recommendation, Judge Hightower recommends that the Court dismiss this action pursuant to 28 U.S.C. § 1915(e)(2)(B). (*Id.* at 5). Plaintiff timely filed objections to the report and recommendation. (Objs., Dkt. 48).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. 28 U.S.C. § 636(b). Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation de novo. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Susan Hightower, (Dkt. 46), is **ADOPTED**. Plaintiff's claims are **DISMISSED**

1

**WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2). All pending motions are **DISMISSED** as moot. The Court **WARNS** Plaintiff that continuing to file frivolous or duplicative suits in this court may result in imposition of monetary sanctions and a pre-filing bar.

    **SIGNED** on July 7, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2